## Criminal Information, Claim and Notice of Liability
## Notice to Principals is Notice to Agent, Notice to Agents is Notice to Principals



September 25, 2024
William Brian Marsan
C/o 2000 South High Road
Palmer, Alaska

To all to whom these presents shall come:

I, a man William Brian Marsan, a creation of God, standing on the land and soil of the organic states as a beneficiary of the American Public Law, and naturally possessing sovereignty in my own right, see #4713 in number 2 below, present this Criminal Information, Claim and Notice of Liability, written in common America English and I have first hand knowledge to declare as follows:

1) Whereas: I, a living man, William Brian Marsan, hold sole survivorship interest in my estate and prove my Provenance, Jurisdiction, status and standing as an American State National by my public record at: URL: http//everify.americanstatenationals.us.
Recording Number: 2022-Faie8rwx-Ak12-2022-73YQH-DY1UM. All documents and future updates therein are made part of this notice as if set forth in full; and

2) Whereas: https://annavonreitz.com is a public record for The United States of America, unincorporated, the Federation of united States of America, all links therein are part of this notice as if set forth in full, and contain abundant notice, law and facts of the crimes committed against the American People by those impersonating our government, articles on that web page herein will be cited"#XXXX", see #0001, #0087, #1105, #3061, #3112, #3487, #3564, #3711, #3716, #3717, #3733, #3755, #3763, #3936, #4083, #4340, #4342, #4385, #4393, #4405, **#4406, #4473**, #4501, #4539, #4588, **#4713**, #4720, #4759, #4760, #4766; and

3) Whereas: your corporation is misaddressing me, and used my name to create franchises without contract and for its own benefit –- which by law it can only do if it holds me harmless from damage or claim arising from their action, see #4708 page 2 link; and

4) Whereas: there has also been a pernicious practice of pretending that there is a war on and that I, or rather, these foreign corporation franchises named after me, are involved in such a "war" see #4324 page 5; and

5) Whereas: it turns out that the war is a Mercenary Conflict owed no dignity or authority under the Law of War and that the commercial companies involved are simply derelicts operating under conditions of fraud and deceit, see #4722; and

6) Whereas: Ancient Commercial Law applies https://famguardian.org/TaxFreedom/CitesByTopic/MaximsOfCommerce.htm; and

7) Therefore: you, your Principals and any State-of-State or United States agents, hereinafter "Agents," are without contract and fully informed, in the criminal sense of the word, that I am not a corporation, corporate franchise or representing any corporation; and

8) Therefore: I am not an Enemy of any sort, am in fact your Employer, see #3680 number 4, and if you pretend to represent my government in any capacity whatsoever, I require a full disclosure guarantee under oath or affirmation; and

9) Therefore: I object to the use of Federal Reserve Notes as a matter of law and principle, see #4700; and

10) Therefore: I demand you hold me harmless from any consequence of your action(s) creating franchises named after me, see #4719 page 3; and

11) Therefore: per #4721 Judgment page 7, I "...require that corporate administrative tribunals being operated as courts of any kind explicitly and fully declare their identities, natures, venues, services, ownerships, and proper jurisdiction in plain, explicit, fully revealed language with no further purpose of evasion. Obstruction, or lack of good faith service." ; and

12) Therefore: by operation of law the judgments, facts, law, notices, terms, and conditions in this Criminal Information, Claim and Notice of Liability, void for fraud any past and estop any future claims, by Agents that fail to recognize the status and standing of American State Nationals, hereinafter ASNs, as being outside Agents jurisdiction and not a person subject to Agents codes, legal definitions, or service and or "words of art"; and

13) Therefore: I do not accept solicitations, see #4721 Judgment page 7, and as a Preferential Priority Creditor, see #4473 I claim the following damages if Agents do not cease and desist from identity theft and or misaddressing me from a foreign jurisdiction; and

14) Therefore:
    a) any future failure by Agents to recognize ASNs status and standing as being outside their jurisdiction, and or absent a guarantee of full disclosure will be deemed a mercenary crime, and Agents agreement to this Criminal Information, Claim and Notice of Liability, to the judgments, facts, law, notices, terms, and conditions herein and to a True Bill issued against you, and any and all said Agents individually, per each occurrence, at ten million dollars ($10,000,000) lawful money of The United States of America; and
    b) Agents use of any form of an ASN's name other than that which I use herein will be billed each, as in a) above at one million dollars ($1,000,000) lawful money of The United States of America as will be kidnapping per calendar day or part thereof; and
    c) any other unwarranted actions, inactions, false statements or presumptions by Agents against ASNs, will be billed each as in a) above at one hundred thousand dollars ($100,000) each; and

15) Therefore: without an ASN's explicit consent, no Agents have authority to take any action affecting ASNs or their property, any action or order by any State-of-State or United States Principles or agents not withstanding; and

A copy, facsimile or digital scan of this Criminal Information, Claim and Notice of Liability shall be as lawfully binding as an original, is true complete and correct to the best of my knowledge and I so declare under Penalty of Perjury under the Public Law of The United States of America unincorporated .

So issued and affirmed without prejudice, without the United States and without the United States of America this 26th of September 2024.

By: _____William Brian Marsan_____
By: William Brian Marsan ©

## Notary Witness

**Alaska State**
**Anchorage County**

Today I, Shaun Leo VanArsdale, Commissioned Public Notary, was visited by the Living man known or properly identified to me to be William Brian Marsan and he did Establish this Criminal Information, Claim and notice of liability as shown and he also affirmed his testimony as shown before me this 26 day of September in the Year Two-Thousand and Twenty-Four in Witness whereof I set my Signature and Seal:

By: _____Shaun Lee VanArsdale_____

My commission expires on May 6 2028




Page 3 of 3